**EXHIBIT**

# A

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EAGLE, COLORADO<br><br>Court Address:<br>885 Chambers Ave<br>P.O. Box 597<br>Eagle, CO 81631 | DATE FILED: June 29, 2022 1:13 PM<br>FILING ID: E39EFAA4227EF<br>CASE NUMBER: 2022CV30120 |
| Applicant:<br>Bank of America, N.A.<br>vs.<br><br>Respondent(s):<br>Mark A. Schwartz, Wendy R. Schwartz | ▲ COURT USE ONLY ▲ |
| **Attorneys for Applicant:**<br>Holly Shilliday Attorney Reg No. 24423<br>Ilene Dell'Acqua Attorney Reg No. 31755<br>McCarthy & Holthus, LLP<br>7700 E. Arapahoe Road, Suite 230<br>Centennial, CO 80112<br>Telephone: 877-369-6122<br>Facsimile: 866-894-7369 | Case Number:<br><br>Division: |
| **CERTIFICATE OF MAILING AND POSTING NOTICE** | |

I, the undersigned, as Counsel for the Applicant, hereby certify that I initiated a mailing of a copy of the Notice issued by me in this proceeding, with postage prepaid thereon, to each person named in Exhibit 1 attached hereto at the address or addresses set under their respective names in said Exhibit 1.

I hereby further certify that I this day e-filed a copy of said Notice with the Clerk of the District Court, for posting in a prominent place in the office of the Clerk of the Eagle County District Court, 885 Chambers Ave, P.O. Box 597, Eagle, CO, 81631.

Dated at Centennial, Colorado, June 29, 2022

McCarthy & Holthus, LLP

By:  /s/ *Ilene Dell'Acqua*

_ Holly Shilliday Attorney Reg No. 24423
x Ilene Dell'Acqua Attorney Reg No. 31755
7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112
Telephone: (877) 369-6122
Attorney for Applicant

I hereby certify that I have this day posted a copy of said Notice in a prominent place in the office of the Clerk of the Eagle County District Court, 885 Chambers Ave, P.O. Box 597, Eagle, CO, 81631.

Dated:                                      CLERK OF THE DISTRICT COURT

By: _____

Deputy Clerk

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EAGLE, COLORADO<br><br>Court Address:<br>885 Chambers Ave<br>P.O. Box 597<br>Eagle, CO 81631 | DATE FILED: June 29, 2022 1:13 PM<br>FILING ID: E39EFAA4227EF<br>CASE NUMBER: 2022CV30120 |
| **Plaintiff,**<br><br>Bank of America, N.A.<br><br>v.<br><br>**Defendant(s),**<br><br>Mark A. Schwartz, Wendy R. Schwartz | **▲ COURT USE ONLY ▲** |
| **Attorneys for Plaintiff:**<br>Holly Shilliday Attorney Reg No. 24423<br>Ilene Dell'Acqua Attorney Reg No. 31755<br>McCarthy & Holthus, LLP<br>7700 E. Arapahoe Road, Suite 230<br>Centennial, CO 80112<br>Telephone: 877-369-6122<br>Facsimile: 866-894-7369<br>Email: idellacqua@mccarthyholthus.com | Case Number:<br><br>Division: |

## DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☒ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☐    This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

**Or**

☐    Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

☐    This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: June 27, 2022           Respectfully submitted,

**McCarthy & Holthus, LLP**

By:   /s/ *Ilene Dell'Acqua*
        Signature or Party or Attorney for Party

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EAGLE, COLORADO<br><br>Court Address:<br>885 Chambers Ave<br>P.O. Box 597<br>Eagle, CO 81631 | DATE FILED: June 29, 2022 1:13 PM<br>FILING ID: E39EFAA4227EF<br>CASE NUMBER: 2022CV30120 |
| Applicant:<br><br>Bank of America, N.A.<br><br><br>vs.<br><br><br>Respondent(s):<br>Mark A. Schwartz, Wendy R. Schwartz | ▲ COURT USE ONLY ▲ |
| **Attorneys for Applicant:**<br>Holly Shilliday Attorney Reg No. 24423<br>Ilene Dell'Acqua Attorney Reg No. 31755<br>McCarthy & Holthus, LLP<br>7700 E. Arapahoe Road, Suite 230<br>Centennial, CO 80112<br>Telephone: 877-369-6122<br>Facsimile: 866-894-7369 | Case Number:<br><br>Division: |
| **NOTICE OF RULE 120 MOTION FOR ORDER AUTHORIZING SALE RESPONSE DEADLINE– JULY 27, 2022** ||

THE PEOPLE OF THE STATE OF COLORADO, TO THE GRANTOR(S) IN THE DEED OF TRUST DESCRIBED HEREIN, AND TO THOSE PERSONS WHO APPEAR TO HAVE ACQUIRED A RECORD INTEREST IN THE REAL ESTATE THEREIN DESCRIBED, SUBSEQUENT TO THE RECORDING OF SUCH DEED OF TRUST, GREETINGS:

Notice is hereby given that Bank of America, N.A., filed a Motion with this Court, claiming to be the holder of a Promissory Note the original amount of $1,000,000.00, dated 6/6/2003 (the "Note"), and a Deed of Trust securing said Note to the Public Trustee of the County of Eagle, Colorado, dated 6/6/2003, executed by Mark A. Schwartz, Wendy R. Schwartz and recorded 6/11/2003, at reception number 836327 of the records of the Clerk and Recorder of the County of Eagle, Colorado (the "Deed of Trust").

The Motion claims that Applicant is entitled to foreclose the lien of the Deed of Trust because the covenants of said Deed of Trust were violated as follows: Defaults were made under

1

said Deed of Trust which include, but are not limited to, the failure to timely make payments required under said Deed of Trust and the Note secured thereby, and, therefore, Applicant elected to accelerate the entire indebtedness.

The Motion requests a Court Order authorizing the Public Trustee to sell the following real property in Eagle County, Colorado:

> LOT 11, CORDILLERA SUBDIVISION FILING NO. 32, ACCORDING TO THE FINAL PLAT RECORDED AUGUST 10, 1998 AT RECEPTION NO. 665487, COUNTY OF EAGLE, STATE OF COLORADO.

also known by street and number as 460 El Mirador, Edwards, CO 81632.

If you dispute the default or other facts claimed by Applicant to justify this foreclosure, or if you are entitled to protection against this foreclosure under the Soldiers' and Sailors' Civil Relief Act of 1940, as amended and renamed the Servicemembers Civil Relief Act (U.S.C. §501, et. seq.), you must make a written response to the Motion, stating the facts upon which you rely. You may attach copies of documents which support your position. Any interested party may file and serve a response with the Clerk of this Court, at the Office of the Clerk of the Eagle County District Court, 885 Chambers Ave, P.O. Box 597, Eagle, CO, 81631, not later than **July 27, 2022** and shall be served upon Applicant by the same date pursuant to Rule 5(b) of the Colorado Rules of Civil Procedure at the office of McCarthy & Holthus, LLP, 7700 E. Arapahoe Road, Suite 230, Centennial, CO 80112. Any person who files a response may be required to pay a docket fee of $192.00 at the time of the filing.

If a response is timely filed, the Court will review the response at which time the motion will be granted, denied or set for a hearing. IF NO RESPONSE IS FILED BY **July 27, 2022** THE COURT MAY, WITHOUT A HEARING AND WITHOUT FURTHER NOTICE, AUTHORIZE THE FORECLOSURE AND A PUBLIC TRUSTEE'S SALE.

**NOTE: IF THIS CASE IS NOT FILED IN THE COUNTY WHERE YOUR PROPERTY OR A SUBSTANTIAL PART OF YOUR PROPERTY IS LOCATED, YOU HAVE THE RIGHT TO ASK THE COURT TO MOVE THE CASE TO THAT COUNTY. IF YOU FILE A RESPONSE AND THE COURT SETS A HEARING DATE, YOUR REQUEST TO MOVE THE CASE MUST BE FILED WITH THE COURT AT LEAST SEVEN DAYS BEFORE THE DATE OF THE HEARING UNLESS THE REQUEST WAS INCLUDED IN YOUR RESPONSE.**

**IF YOU BELIEVE THAT THE LENDER OR SERVICER OF THIS MORTGAGE HAS VIOLATED THE REQUIREMENTS FOR A SINGLE POINT OF CONTACT IN SECTION 38-38-103.1, COLORADO REVISED STATUTES, OR THE PROHIBITION ON DUAL TRACKING IN SECTION 38-38-103.2, COLORADO REVISED STATUTES,**

**YOU MAY FILE A COMPLAINT WITH THE COLORADO ATTORNEY GENERAL, THE FEDERAL CONSUMER FINANCIAL PROTECTION BUREAU, OR BOTH AT:**

**COLORADO ATTORNEY GENERAL:**
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
800-222-4444 (if outside of Denver but in Colorado); or
720-508-6006 (in Denver and out of state)
attorney.general@coag.gov

**CONSUMER FINANCIAL PROTECTION BUREAU:**
Consumer Financial Protection Bureau
P.O. Box 4503
Iowa City, Iowa 52244
(855) 411-2372; 8 a.m. – 8 p.m. Eastern, Monday–Friday
info@consumerfinance.gov

**THE FILING OF A COMPLAINT WILL NOT STOP THE FORECLOSURE PROCESS.**

Dated at Centennial, Colorado, June 27, 2022

McCarthy & Holthus, LLP

By:   /s/ *Ilene Dell'Acqua*
_ Holly Shilliday Attorney Reg No. 24423
x Ilene Dell'Acqua Attorney Reg No. 31755
7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112
Telephone: (877) 369-6122
Attorney for Applicant

**NOTE: MCCARTHY & HOLTHUS, LLP MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: THE NOTICE AND MOTION IN THIS MATTER ARE BEING FILED SIMULTANEOUSLY WITH THE MAILING OF THIS NOTICE. YOU MAY OBTAIN THE COURT'S CASE/CIVIL ACTION NUMBER BY CONTACTING THE COURT OR OUR OFFICE.**

3

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.**

Address of Applicant

Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024

**Rule 120. Orders Authorizing Foreclosure Sale Under Power in a Deed of Trust to the Public Trustee**

(a)  **Motion for Order Authorizing Sale**. When an order of court is desired authorizing a foreclosure sale under a power of sale contained in a deed of trust to a public trustee, any person entitled to enforce the deed of trust may file a verified motion in a district court seeking such order. The motion shall be captioned: "Verified Motion for Order Authorizing a Foreclosure Sale under C.R.C.P. 120," and shall be verified by a person with knowledge of the contents of the motion who is competent to testify regarding the facts stated in the motion.

(1)  **Contents of Motion**. The motion shall include a copy of the evidence of debt, the deed of trust containing the power of sale, and any subsequent modifications of these documents. The motion shall describe the property to be sold, shall specify the facts giving rise to the default, and may include documents relevant to the claim of a default.

(A) When the property to be sold is personal property, the motion shall state the names and last known addresses, as shown by the records of the moving party, of all persons known or believed by the moving party to have an interest in such property which may be materially affected or extinguished by such sale.

(B) When the property to be sold is real property and the power of sale is contained in a deed of trust to a public trustee, the motion shall state the name and last known address, as shown by the real property records of the clerk and recorder of the county where the property or any portion thereof is located and the records of the moving party, of:

(i) the grantor of the deed of trust;
(ii) the current record owner of the property to be sold;
(iii) all persons known or believed by the moving party to be personally liable for the debt secured by the deed of trust;
(iv) those persons who appear to have an interest in such real property that is evidenced by a document recorded after the recording of the deed of trust and before the recording of the notice of election and demand for sale; and
(v) those persons whose interest in the real property may otherwise be affected by the foreclosure.

4

(C) In describing and giving notice to persons who appear to have acquired a record interest in real property, the address of each such person shall be the address that is given in the recorded instrument evidencing such person's interest. If such recorded instrument does not give an address or if only the county and state are given as the address of such person, no address need be stated for such person in the motion.

(2) **Setting of Response Deadline; Hearing Date**. On receipt of the motion, the clerk shall set a deadline by which any response to the motion must be filed. The deadline shall be not less than 21 nor more than 35 days after the filing of the motion. For purposes of any statutory reference to the date of a hearing under C.R.C.P. 120, the response deadline set by the clerk shall be regarded as the scheduled hearing date unless a later hearing date is set by the court pursuant to section (c)(2) below.

(b) **Notice of Response Deadline; Service of Notice**. The moving party shall issue a notice stating:

(1) a description of the deed of trust containing the power of sale, the property sought to be sold at foreclosure, and the facts asserted in the motion to support the claim of a default;

(2) the right of any interested person to file and serve a response as provided in section (c), including the addresses at which such response must be filed and served and the deadline set by the clerk for filing a response;

(3) the following advisement: "If this case is not filed in the county where your property or a substantial part of your property is located, you have the right to ask the court to move the case to that county. If you file a response and the court sets a hearing date, your request to move the case must be filed with the court at least 7 days before the date of the hearing unless the request was included in your response."; and

(4) the mailing address of the moving party and, if different, the name and address of any authorized servicer for the loan secured by the deed of trust. If the moving party or authorized servicer, if different, is not authorized to modify the evidence of the debt, the notice shall state in addition the name, mailing address, and telephone number of a representative authorized to address loss mitigation requests. A copy of C.R.C.P. 120 shall be included with or attached to the notice. The notice shall be served by the moving party not less than 14 days prior to the response deadline set by the clerk, by:

(A) mailing a true copy of the notice to each person named in the motion (other than any person for whom no address is stated) at that person's address or addresses stated in the motion;

(B) filing a copy with the clerk for posting by the clerk in the courthouse in which the motion is pending; and

(C) if the property to be sold is a residential property as defined by statute, by posting a true copy of the notice in a conspicuous place on the subject property as required by statute. Proof of mailing and delivery of the notice to the clerk for posting in the courthouse, and proof of posting of the notice on the residential property, shall be set forth in the certificate of the moving party or moving party's agent. For the purpose of this section, posting by the clerk may be electronic on the court's public website so long as the electronic address for the posting is displayed conspicuously at the courthouse.

(c) **Response Stating Objection to Motion for Order Authorizing Sale; Filing and Service**.

(1) Any interested person who disputes, on grounds within the scope of the hearing provided for in section (d), the moving party's right to an order authorizing sale may file and serve a response to the motion. The response must describe the facts the respondent relies on in objecting to the issuance of an order

5

authorizing sale, and may include copies of documents which support the respondent's position. The response shall be filed and served not later than the response deadline set by the clerk. The response shall include contact information for the respondent including name, mailing address, telephone number, and, if applicable, an e-mail address. Service of the response on the moving party shall be made in accordance with C.R.C.P. 5(b).

(2) If a response is filed stating grounds for opposition to the motion within the scope of this Rule as provided for in section (d), the court shall set the matter for hearing at a later date. The clerk shall clear available hearing dates with the parties and counsel, if practical, and shall give notice to counsel and any self-represented parties who have appeared in the matter, in accordance with the rules applicable to e-filing, no less than 14 days prior to the new hearing date.

(d) **Scope of Issues at the Hearing; Order Authorizing Foreclosure Sale; Effect of Order**. The court shall examine the motion and any responses.

(1) If the matter is set for hearing, the scope of inquiry at the hearing shall not extend beyond
(A) the existence of a default authorizing exercise of a power of sale under the terms of the deed of trust described in the motion;
(B) consideration by the court of the requirements of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, as amended;
(C) whether the moving party is the real party in interest; and
(D) whether the status of any request for a loan modification agreement bars a foreclosure sale as a matter of law.

The court shall determine whether there is a reasonable probability that a default justifying the sale has occurred, whether an order authorizing sale is otherwise proper under the Servicemembers Civil Relief Act, whether the moving party is the real party in interest, and, if each of those matters is determined in favor of the moving party, whether evidence presented in support of defenses raised by the respondent and within the scope of this Rule prevents the court from finding that there is a reasonable probability that the moving party is entitled to an order authorizing a foreclosure sale. The court shall grant or deny the motion in accordance with such determination. For good cause shown, the court may continue a hearing.

(2) If no response has been filed by the response deadline set by the clerk, and if the court is satisfied that venue is proper and the moving party is entitled to an order authorizing sale, the court shall forthwith enter an order authorizing sale.

(3) Any order authorizing sale shall recite the date the hearing was completed, if a hearing was held, or, if no response was filed and no hearing was held, shall recite the response deadline set by the clerk as the date a hearing was scheduled, but that no hearing occurred.

(4) An order granting or denying a motion filed under this Rule shall not constitute an appealable order or final judgment. The granting of a motion authorizing a foreclosure shall be without prejudice to the right of any person aggrieved to seek injunctive or other relief in any court of competent jurisdiction, and the denial of any such motion shall be without prejudice to any other right or remedy of the moving party.

(e) The court shall not require the appointment of an attorney to represent any interested person as a condition of granting such motion, unless it appears from the motion or other papers filed with the court that there is a reasonable probability that the interested person is in the military service.

(f) **Venue**. For the purposes of this section, a consumer obligation is any obligation

(1) as to which the obligor is a natural person, and

MH No.:  CO-22-900305-LL                                    7700 E. Arapahoe Road, Suite 230
                                                            Centennial, CO 80112

(2) is incurred primarily for a personal, family, or household purpose.

Any proceeding under this Rule involving a consumer obligation shall be brought in and heard in the county in which such consumer signed the obligation or in which the property or a substantial part of the property is located. Any proceeding under this Rule that does not involve a consumer obligation or an instrument securing a consumer obligation may be brought and heard in any county. However, in any proceeding under this Rule, if a response is timely filed, and if in the response or in any other writing filed with the court, the responding party requests a change of venue to the county in which the encumbered property or a substantial part thereof is situated, the court shall order transfer of the proceeding to such county.

(g)  **Return of Sale**. The court shall require a return of sale to be made to the court. If it appears from the return that the sale was conducted in conformity with the order authorizing the sale, the court shall enter an order approving the sale. This order is not appealable and shall not have preclusive effect in any other action or proceeding.

(h)  **Docket Fee**. A docket fee in the amount specified by law shall be paid by the person filing the motion. Unless the court shall otherwise order, any person filing a response to the motion shall pay, at the time of the filing of such response, a docket fee in the amount specified by law for a defendant or respondent in a civil action under section 13-32-101(1)(d), C.R.S.

MH No.:  CO-22-900305-LL

7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112

| DISTRICT COURT, COUNTY OF EAGLE, COLORADO<br><br>Court Address:<br>885 Chambers Ave<br>P.O. Box 597<br>Eagle, CO 81631 | DATE FILED: June 29, 2022 1:13 PM<br>FILING ID: E39EFAA4227EF<br>CASE NUMBER: 2022CV30120 |
|---|---|
| Applicant:<br>Bank of America, N.A.<br>vs.<br><br><br>Respondent(s):<br>Mark A. Schwartz, Wendy R. Schwartz | ▲ COURT USE ONLY ▲ |
| | Case Number:<br><br>Division: |
| **ORDER AUTHORIZING SALE** | |

WHEREAS, no response was filed by the deadline set by the clerk, and no hearing was held therefore, the response deadline of 07/27/2022 is the date the hearing was *scheduled* pursuant to C.R.C.P. 120(d)(3),

WHEREAS, Mark A. Schwartz, Wendy R. Schwartz, Grantor, by Deed of Trust dated 6/6/2003, recorded 6/11/2003, at reception number 836327, in the records of the Clerk and Recorder of the County of Eagle, Colorado (the "Deed of Trust"), to secure payment of a Promissory Note of even date there with for the principal sum of $1,000,000.00 (the "Note"), as provided in said Deed of Trust, conveyed to the Eagle County Public Trustee, on the terms set forth in said Note and Deed of Trust, the following described property situate in said County, to wit:

> LOT 11, CORDILLERA SUBDIVISION FILING NO. 32, ACCORDING TO THE FINAL PLAT RECORDED AUGUST 10, 1998 AT RECEPTION NO. 665487, COUNTY OF EAGLE, STATE OF COLORADO.

also known as (street address): 460 El Mirador, Edwards, CO 81632.

THE COURT FINDS that there is a reasonable probability that the default or other circumstances alleged in the Motion to justify invocation of the power of sale occurred; that an Order Authorizing Sale is otherwise proper under the Soldiers' and Sailors' Civil Relief Act of 1940, as amended and renamed the Servicemembers Civil Relief Act (U.S.C. §501, et. seq.); that the provisions of Rule 120 of the Rules of Civil Procedure were complied with; and that the Motion should be granted.

7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that a sale of the real property by the Public Trustee in the above said County in the State of Colorado, under a power of sale, pursuant to statute and the provisions of that certain Deed of Trust described above, be and the same hereby is, authorized by this Court.

IT IS FURTHER ORDERED that a return of such sale be made to this Court for its approval.

Dated:                                    BY THE COURT:


_____
DISTRICT COURT JUDGE


Foreclosure Number 22-003 (for reference only and subject to change – order not invalid if different or no public trustee's number)
Eagle County, Colorado

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EAGLE, COLORADO<br><br>Court Address:<br>885 Chambers Ave<br>P.O. Box 597<br>Eagle, CO 81631 | DATE FILED: June 29, 2022 1:13 PM<br>FILING ID: E39EFAA4227EF<br>CASE NUMBER: 2022CV30120 |
| Applicant:<br>Bank of America, N.A.<br><br>vs.<br><br>Respondent(s):<br>Mark A. Schwartz, Wendy R. Schwartz | ▲ COURT USE ONLY ▲ |
| **Attorneys for Applicant:**<br>Holly Shilliday Attorney Reg No. 24423<br>Ilene Dell'Acqua Attorney Reg No. 31755<br>McCarthy & Holthus, LLP<br>7700 E. Arapahoe Road, Suite 230<br>Centennial, CO 80112<br>Telephone: 877-369-6122 ext. 3376<br>Facsimile: 866-894-7369 | Case Number:<br><br>Division: |
| **VERIFIED MOTION FOR ORDER AUTHORIZING<br>A FORECLOSURE SALE UNDER C.R.C.P 120** | |

Applicant Bank of America, N.A. ("Applicant"), by and through its attorneys, McCarthy & Holthus, LLP, hereby respectfully requests the Court to enter an Order Authorizing Sale pursuant to C.R.C.P 120. In support of the Motion, Applicant states the following:

1.      Applicant is the holder of a Promissory Note executed by Mark A. Schwartz, dated 6/6/2003, in the original sum of $1,000,000.00 (the "Note"). Copies of the Note attached hereto as Exhibit 1 and made a part hereof. The Note is secured by a Deed of Trust executed by Mark A. Schwartz, Wendy R. Schwartz ("Grantor") dated 6/6/2003, and recorded 6/11/2003, at reception number 836327, in the records of the Clerk and Recorder of the County of Eagle, State

1

of Colorado (the "Deed of Trust"). A copy of the Deed of Trust and any subsequent assignments of the Deed of Trust are collectively attached hereto as Exhibit 2 and made a part hereof.

2.    The Deed of Trust contains a power of sale to the Public Trustee of said County. Applicant is entitled to foreclose the lien of the Deed of Trust and to have the property described herein sold by said Public Trustee pursuant to statute because the covenants of said Deed of Trust were violated as follows: Defaults were made under said Deed of Trust including, but not limited to, the failure to timely make payments required under said Deed of Trust and the Note secured thereby, and therefore, Applicant elected to accelerate the entire indebtedness.

3.    The property to be sold is in the County of Eagle, Colorado, described as follows:

LOT 11, CORDILLERA SUBDIVISION FILING NO. 32, ACCORDING TO THE FINAL PLAT RECORDED AUGUST 10, 1998 AT RECEPTION NO. 665487, COUNTY OF EAGLE, STATE OF COLORADO.

also known by street and number as 460 El Mirador, Edwards, CO 81632 (the "Property").

4.    The names from the real property records of the clerk and recorder of the county where the property or any portion thereof and the records of the moving party, of (a) the grantor in the Deed of Trust, (b) those persons who appear to have acquired a record interest in the Property that is evidenced by a document recorded after the recording of the Deed of Trust and before the recording of the Notice of Election and Demand for Sale thereunder, (c) the current record owner of the Property, (d) all persons known or believed by Applicant to be personally liable for the debt secured by the Deed of Trust, and (e) those persons whose interest in the real property may otherwise be affected by the foreclosure are shown on Exhibit 3 attached hereto and made a part hereof.

2

5.      Applicant, through its undersigned counsel, represents to this Court, upon information obtained from the Department of Defense Manpower Data Center, that the current owner of the Property and those persons obligated to pay the indebtedness evidenced by the Note, is not entitled to the protections afforded under the Soldiers' and Sailors' Civil Relief Act of 1940 as amended and renamed the Servicemembers Civil Relief Act "50 U.S.C. 3901 et seq.". A copy of the report is attached hereto as Exhibit 4.   In support of Applicant's position, it deposes and states that as of the execution date of this Motion, the Property owned by a person who:

(a)      is in the military service as that term is defined in 50 U.S.C. §3911; nor

(b)      has been ordered for induction into the military service within three months prior to the filing of this Motion; nor

(c)      is entitled to the protections afforded under "50 U.S.C. 3901 et seq." due to the fact that such person was a member of the military service when the subject Note and Deed of Trust were executed (50 U.S.C. §3953).

Accordingly, enforcement of the power of sale contained in the Deed of Trust and entry of an Order authorizing the Public Trustee to sell the Property under the power of sale contained therein as a result of a breach of the terms thereunder does not involve the enforcement of a Deed of Trust for which this Court need comply with the requirements of 50 U.S.C. §3952 or any other provision of the Soldiers' and Sailors' Civil Relief Act of 1940 as amended and renamed the Servicemembers Civil Relief Act.

6.      Venue for this proceeding is proper in this Court because the real property described herein is located in the County of Eagle, Colorado.

3

WHEREFORE, Applicant requests that the Court examine this Motion and response(s) thereto, if any, and enter an Order authorizing a Public Trustee's sale under the power of sale contained in the Deed of Trust.

Dated: 5/5/2022

McCarthy & Holthus, LLP

By: _____

_ Holly Shilliday Attorney Reg No. 24423
x Ilene Dell'Acqua Attorney Reg No. 31755
7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112
Telephone: (877) 369-6122
Attorney for Applicant

STATE OF COLORADO    )

COUNTY OF ARAPAHOE  )

The foregoing was subscribed, sworn to, and acknowledged before me in the County of Arapahoe, State of Colorado, on May 5, 2022_____, by Ilene Dell'Acqua_____, Associate Attorney – Colorado, McCarthy & Holthus LLP, under penalty of perjury.

Witness my hand and official seal.        My commission expires: 3/13/25

VIRGINIA M O'CONNOR
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20134016387
MY COMMISSION EXPIRES MAR 13, 2025

_____
Notary Public

4

**VERIFICATION OF MOTION FOR ORDER AUTHORIZING A FORECLOSURE SALE UNDER
C.R.C.P. 120**

I, _Justin Timie Harris_ , am employed as a _Assistant Vice President_ , for Bank of America, N.A.. I am familiar with business records maintained by Bank of America, N.A. for the purpose of servicing mortgage loans. These records (which include data compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the course of business activity conducted regularly by Bank of America, N.A.. It is the regular practice of Bank of America, N.A. mortgage servicing business to make these records. In connection with making this verification, I affirm that I have acquired personal knowledge of the matters stated herein by examining these business records, except Paragraphs 4(b), 4(c) and (5) which have been verified by counsel representing Bank of America, N.A.. I have reviewed the foregoing Verified Motion for Order Authorizing a Foreclosure Sale Under C.R.C.P 120 and all facts contained therein are true and correct to the best of my knowledge, information and belief.

Dated: 6/7/22                Bank of America, N.A.

By: _Justin Timie Harris   6/7/22_
_Assistant Vice President (AVP)_

STATE OF ___Texas___ )
                                    )   ss:
COUNTY OF ___Collin___ )

Subscribed and sworn to (or affirmed) before me on this _____7_____ day of ___June___ (month), __2022__ (year), by _Justin Timie Harris_ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

I certify under *PENALTY OF PERJURY* under the laws of the state of ___Texas___ that the foregoing paragraph is true and correct.

*Witness* my hand and official seal.

Signature _Caka Edwards 6-7-22_
_Carmeka Edwards_



CARMEKA EDWARDS
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-22-25
Notary ID # 13334751-9

T.S. No.: CO-22-900305-LL

**Case Number:** 2022CV030120

**Division:** 1

**Case Type:** Rule 120 Deeds of Trust Public Trustee

**Judicial Officer:** Reed W Owens

**Case Caption:** Bank Of America Na v. Schwartz, Mark A et al

**Court Location:** Eagle County

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Bank of America Na | Petitioner | Active | HOLLY R SHILLIDAY (McCarthy Holthus LLP) ILENE DUBIN DELL'ACQUA (McCarthy Holthus LLP) |
| Mark A Schwartz | Respondent | Active | N/A |
| Wendy R Schwartz | Respondent | Active | N/A |

Ad #: Rerl54l2Xh43RKZd2apv
**Customer: PUBLIC T**
Foreclosure 22-003

## PROOF OF PUBLICATION
## EAGLE VALLEY ENTERPRISE

**STATE OF COLORADO }**         **SS**
**COUNTY OF EAGLE }**

See Proof on Next Page

I, Mark Wurzer, do solely swear that I am Publisher of , says: The Eagle Valley

Enterprise, that the same weekly newspaper printed, in whole or in part and published in

the County of Eagle, State of Colorado, and has general circulation therein; that said

newspaper has been published continuously and uninterruptedly in said County of Eagle

for a period of more than fifty-two consecutive weeks next prior to the first publication of

the annexed legal notice or advertisement; that said newspaper has been admitted to the

United States mails as a periodical under the provisions of the Act of March 3, 1879, or

any amendments thereof, and that said newspaper is a weekly newspaper duly qualified

for publishing legal notices and advertisements within the meaning of the laws of the

State of Colorado.

That the annexed legal notice or advertisement was published in the regular and entire

issue of every number of said weekly newspaper for the period of 1 insertion; and that

the first publication of said notice was in the issue of said newspaper dated 26 May

2022, 2 Jun 2022, 9 Jun 2022, 16 Jun 2022, 23 Jun 2022 in the issue of said newspaper.

Total cost for publication:   **$315.48**

That said newspaper was regularly issued and circulated on those dates.

Publisher

Subscribed to and sworn to me this date, 06/23/2022

Notary Public, Eagle County, Colorado

My commission expires: August 19, 2024

Lori A McCole
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204001017
MY COMMISSION EXPIRES    September 9th, 2024

**Advertiser:**
EAGLE COUNTY PUBLIC TRUSTEES
500 Broadway St
Eagle, Colorado 81631
9703288870

**COMBINED NOTICE - PUBLICATION**
**CRS §38-38-103 FORECLOSURE**
**SALE NO. 22-003**

To Whom It May Concern: This Notice is given with regard to the following described Deed of Trust.

On March 17, 2022, the undersigned Public Trustee caused the Notice of Election and Demand relating to the Deed of Trust described below to be recorded in the County of Eagle records.

Original Grantor(s) Mark A. Schwartz and Wendy R. Schwartz
Original Beneficiary(ies) Bank of America, N.A.
Current Holder of Evidence of Debt Bank of America, N.A.
Date of Deed of Trust June 06, 2003
County of Recording Eagle
Recording Date of Deed of Trust June 11, 2003
Recording Information (Reception No. and/or Book/Page No.) 836327
Original Principal Amount $1,000,000.00
Outstanding Principal Balance $659,776.78

Pursuant to CRS §38-38-101(4)(i), you are hereby notified that the covenants of the deed of trust have been violated as follows: Failure to pay principal and interest when due together with all other payments provided for in the evidence of debt secured by the deed of trust and other violations thereof.

**THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.**

**LOT 11, CORDILLERA SUBDIVISION FILING NO. 32, ACCORDING TO THE FINAL PLAT RECORDED AUGUST 10, 1990 AT RECEPTION NO. 666487, COUNTY OF EAGLE, STATE OF COLORADO**

Also known by street and number as: 400 EL MIRADOR, EDWARDS, CO 81632.

**THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.**

**NOTICE OF SALE**

The current holder of the Evidence of Debt secured by the Deed of Trust, described herein, has filed Notice of Election and Demand for sale as provided by law and in said Deed of Trust.

THEREFORE, Notice Is Hereby Given that I will at public auction, at 10:00 A.M. on Wednesday, 07/20/2022 via remote, web-based auction service, sell to the highest and best bidder for cash, the said real property and all interest of the said Grantor(s), Grantor(s)' heirs and assigns therein, for the purpose of paying the indebtedness provided in said Evidence of Debt secured by the Deed of Trust, plus attorneys' fees, the expenses of sale and other items allowed by law, and will issue to the purchaser a Certificate of Purchase, all as provided by law. https://eagle.realforeclose.com

First Publication    5/26/2022
Last Publication    6/23/2022
Name of Publication  Eagle Valley
Enterprise

**IF THE SALE DATE IS CONTINUED TO A LATER DATE, THE DEADLINE TO FILE A NOTICE OF INTENT TO CURE BY THOSE PARTIES ENTITLED TO CURE MAY ALSO BE EXTENDED;**
DATE: 03/17/2022
Teak Simonton, Public Trustee in and for the County of Eagle, State of Colorado

By: Teak Simonton, Public Trustee

The name, address, business telephone number and bar registration number of the attorney(s) representing the legal holder of the indebtedness is:
Holly Shilliday #24423
Ilene Dell'Acqua #31755
McCarthy & Holthus, LLP 7700 E. Arapahoe Road, Suite 230, Centennial, CO 80112 (877) 369-6122x1903
Attorney File # CO-22-900305-LL
The Attorney above is acting as a debt collector and is attempting to collect a debt. Any information provided may be used for that purpose.

**PUBLISHED IN THE EAGLE VALLEY ENTERPRISE ON THURSDAY, MAY 26, 2022, THURSDAY, JUNE 2, 2022, THURSDAY, JUNE 9, 2022, THURSDAY, JUNE 16, 2022 AND THURSDAY, JUNE 23, 2022.**





**OFFICE OF THE PUBLIC TRUSTEE**
PO Box 1229
Eagle, CO 81631
970-328-8870
FAX: 970-328-8879

TEAK SIMONTON
Eagle County Public Trustee

Email: publict@eaglecounty.us
Web:   www.eaglecounty.us/trustee

**EAGLE COUNTY**

## CERTIFICATE OF INITIAL MAILING

I HEREBY CERTIFY that I have this   21st   day of   March, 2022

mailed the following:

   **COMBINED NOTICE in accordance with CRS §38-38-103(1)(a)**

Regarding Public Trustee Foreclosure Sale No.     22-003

Mark A. Schwartz and Wendy R. Schwartz

With postage prepaid thereon to the persons as set forth in the mailing list for this foreclosure.

Teak Simonton, Public Trustee of Eagle County

Attorney file number CO-22-900305-LL

©Colorado Public Trustees' Association Revised 12/2009

Mailing List

Property Address: 460 El Mirador, Edwards, CO 81632
Grantor(s):      Mark A. Schwartz, Wendy R. Schwartz
Beneficiary:     Bank of America, N.A.

Mark A. Schwartz
460 El Mirador
Edwards, CO 81632

Mark A. Schwartz
27 N Wacker Dr
#503
Chicago, IL 60606-2814

Wendy R. Schwartz
460 El Mirador
Edwards, CO 81632

Wendy R. Schwartz
27 N Wacker Dr
#503
Chicago, IL 60606-2814

McCarthy & Holthus, LLP
c/o Holly Shilliday
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

Occupants/Tenants/Lessee
460 El Mirador
Edwards, CO 81632

Yajia Hu Schwartz Revocable Trust Dated
2/1/2017
460 El Mirador
Edwards, CO 81632

Countrywide Home Loans Inc.
MS SV-79 Document
PO Box 10423
Van Nuys, CA 91410-0423

Mortgage Electronic Registration Systems
Inc.
PO Box 2026
Flint, MI 48501-2026

Cordillera Property Owners Association Inc
c/o Icenogle Seaver Pogue PC
4725 S Monaco St Ste 360
Denver , CO 80237

7700 E. Arapahoe Road, Suite 230
Centennial, Colorado 80112



EAGLE COUNTY

- Contact

Home | Public Trustee

Property Details

**ID: 22-003**

Return to foreclosure search

**Address**
**Bankruptcy**
**Basics**
**Cure**
**Deed**
**Law Firm**
**Mailings**
**Owner Redemption**
**Publication**
**Redemption**
**Sale Information**
**Withdrawal**
**Deferments**
**View Documents**

Basics

| | |
|---|---|
| NED Date: | 3/17/2022 |
| NED Reception #: | 202204403 |
| Originally Scheduled Sale Date: | 7/20/2022 |
| Currently Scheduled Sale Date: | 8/31/2022 |
| Date File Received: | 3/10/2022 |
| Date File Created: | 3/16/2022 |

NED ReRecording

| | |
|---|---|
| Date: | |
| Reception #: | |

Deed of Trust

| | |
|---|---|
| Date: | 6/6/2003 |
| Recorded: | 6/11/2003 |
| Reception #: | 836327 |

Loan Information

| | |
|---|---|
| Loan Type: | Unknown |
| Original Principal Balance: | $1,000,000.00 |
| Principal Balance As Of Date: | 3/10/2022 |
| Outstanding Principal: | $659,776.78 |
| Interest Rate: | 5.75 |
| Interest Type: | Fixed |
| Current Holder: | Bank of America, N.A. |
| Grantee (Original Beneficiary): | Bank of America, N.A. |
| Original Grantor (Borrower): | Mark A. Schwartz and Wendy |

[Previous] [Next]

[Return to Search List]



- [Contact](#)

[Home](#) | [Public Trustee](#)

Property Details

**ID: 22-003**

---

[Return to foreclosure search](#)

**Address**
**Bankruptcy**
**Basics**
**Cure**
**Deed**
**Law Firm**
**Mailings**
**Owner Redemption**
**Publication**
**Redemption**
**Sale Information**
**Withdrawal**
**Deferments**
**View Documents**

Publication

Published In:                    Eagle Valley Enterprise

First Publication Date:          5/26/2022

Last Publication Date:           6/23/2022

Amended / Restarted Publications

First Re-Pub Date:

Last Re-Pub Date:

Deferment Publications

Deferred Publication Date:

Last Deferred Publication Date:

[Previous] [Next]

[Return to Search List]

COMBINED NOTICE - PUBLICATION

CRS §38-38-103 FORECLOSURE SALE NO. 22-003

To Whom It May Concern: This Notice is given with regard to the following described Deed of Trust:

On March 17, 2022, the undersigned Public Trustee caused the Notice of Election and Demand relating to the Deed of Trust described below to be recorded in the County of Eagle records.

Original Grantor(s)

Mark A. Schwartz and Wendy R. Schwartz

Original Beneficiary(ies)

Bank of America, N.A.

Current Holder of Evidence of Debt

Bank of America, N.A.

Date of Deed of Trust

June 06, 2003

County of Recording

Eagle

Recording Date of Deed of Trust

June 11, 2003

Recording Information (Reception No. and/or Book/Page No.)

836327

Original Principal Amount

$1,000,000.00

Outstanding Principal Balance

$659,776.78

Pursuant to CRS §38-38-101(4)(i), you are hereby notified that the covenants of the deed of trust have been violated as follows: Failure to pay principal and interest when due together with all other payments provided for in the evidence of debt secured by the deed of trust and other violations thereof.

THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.

LOT 11, CORDILLERA SUBDIVISION FILING NO. 32, ACCORDING TO THE FINAL PLAT RECORDED AUGUST 10, 1998 AT RECEPTION NO. 665487, COUNTY OF EAGLE, STATE OF COLORADO

Also known by street and number as: 460 EL MIRADOR, EDWARDS, CO 81632.

THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.

NOTICE OF SALE

The current holder of the Evidence of Debt secured by the Deed of Trust, described herein, has filed Notice of Election and Demand for sale as provided by law and in said Deed of Trust.

THEREFORE, Notice Is Hereby Given that I will at public auction, at 10:00 A.M. on Wednesday, 07/20/2022 via remote, web-based auction service, sell to the highest and best bidder for cash, the said real property and all interest of the said Grantor(s), Grantor(s)' heirs and assigns therein, for the purpose of paying the indebtedness provided in said Evidence of Debt secured by the

Deed of Trust, plus attorneys' fees, the expenses of sale and other items allowed by law, and will issue to the purchaser a Certificate of Purchase, all as provided by law.

https://eagle.realforeclose.com

First Publication 5/26/2022

Last Publication 6/23/2022

Name of Publication  Eagle Valley Enterprise

IF THE SALE DATE IS CONTINUED TO A LATER DATE, THE DEADLINE TO FILE A NOTICE OF INTENT TO CURE BY THOSE PARTIES ENTITLED TO CURE MAY ALSO BE EXTENDED;

DATE: 03/17/2022

Teak Simonton, Public Trustee in and for the County of Eagle, State of Colorado

By: Teak Simonton, Public Trustee

The name, address, business telephone number and bar registration number of the attorney(s) representing the legal holder of the indebtedness is:

Holly Shilliday #24423

Ilene Dell'Acqua #31755

McCarthy & Holthus, LLP 7700 E. Arapahoe Road, Suite 230, Centennial, CO 80112 (877) 369-6122x1903

Attorney File # CO-22-900305-LL

The Attorney above is acting as a debt collector and is attempting to collect a debt. Any information provided may be used for that purpose.

©Public Trustees' Association of Colorado Revised 1/2015



**OFFICE OF THE PUBLIC TRUSTEE**
PO Box 1229
Eagle, CO 81631
970-328-8870
FAX: 970-328-8879

TEAK SIMONTON
Eagle County Public Trustee

Email: publict@eaglecounty.us
Web:   www.eaglecounty.us/trustee

**EAGLE COUNTY**

## CERTIFICATE OF INITIAL MAILING

I HEREBY CERTIFY that I have this   21st   day of   March, 2022
mailed the following:

**COMBINED NOTICE in accordance with CRS §38-38-103(1)(a)**

Regarding Public Trustee Foreclosure Sale No.    22-003

Mark A. Schwartz and Wendy R. Schwartz

With postage prepaid thereon to the persons as set forth in the mailing list for this foreclosure.

Teak Simonton, Public Trustee of Eagle County

Attorney file number CO-22-900305-LL

©Colorado Public Trustees' Association Revised 12/2009

**McCarthy ♦ Holthus**

*A Limited Liability Partnership*
*A Multijurisdictional Law Firm*
**7700 E. Arapahoe Road, Suite 230**
**Centennial, CO 80112**
Telephone (877) 369-6122
Facsimile (866) 894-7369
www.McCarthyHolthus.com
Email [all personnel]:
First. Last. admin name@mccarthyholthus.com

March 10, 2022

*VIA E-MAIL TO: PUBLICT@EAGLECOUNTY.US*

Eagle County Public Trustee
P O Box 479
Eagle, CO 81631

Re:    Foreclosure of Deed of Trust dated:    6/6/2003
       Grantor:    Mark A. Schwartz, Wendy R. Schwartz
       Property Address:    460 El Mirador, Edwards, CO 81632

Dear Public Trustee:

The following documents are enclosed in connection with commencement of the Public
Trustee's foreclosure on the above-referenced property:

1. Statement of Qualified Holder.
2. Copy of Promissory Note dated 6/6/2003 made by Mark A. Schwartz in the original
   principal amount of $1,000,000.00 and all allonges and endorsements.
3. Copy of Deed of Trust dated 6/6/2003 executed by Mark A. Schwartz, Wendy R.
   Schwartz and recorded 6/11/2003 at Reception No. 836327, Eagle County, Colorado and
   all subsequent Assignments.
4. Notice of Election and Demand for Sale, which should be recorded within ten (10)
   business days from the day you receive these documents.
5. Mailing List of names to receive required Notices.
6. Certificate of Ownership.

Please withdraw your deposit from our ACH account. Thank you very much for your assistance.
Please let us know if there is additional information or documentation needed to commence this
foreclosure.

MH No.:CO-22-900305-LL                                    7700 E. Arapahoe Road, Suite
                                                          230 Centennial, Colorado 80112

McCarthy & Holthus, LLP

By:

_____

_ Holly Shilliday Attorney Reg No. 24423
x Ilene Dell'Acqua Attorney Reg No. 31755
7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112
Telephone: (877) 369-6122

<u>CERTIFICATE</u>

Pursuant to of C.R.S. §38-38-101(1)(g) in connection with a foreclosure of a Deed of Trust to our best knowledge as of the date of this certification, the name and address of the current owner of the property involved in the Notice of Election and Demand for Sale as filed with the Public Trustee in the above referenced foreclosure is as follows:

| **PROPERTY OWNER'S NAME:** | Vajia Hu Schwartz Revocable Trust Dated 12/12017 |
|---|---|
| **ADDRESS:** | 460 E. Mirador, Edwards, CO 81632 |

This certification is based solely on a review of business records, including copies of documents supplied to us by a title insurance company in connection with this foreclosure and information supplied to us by the holder of the lien being foreclosed and does not in any way constitute a warranty or legal opinion.

Executed:   March 10, 2022

McCarthy & Holthus, LLP, Attorneys for the
Current Holder of the Evidence of Debt

By: _____

_Holly Shilliday Attorney Reg No. 24423
x Ilene Dell'Acqua Attorney Reg No. 31755
7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112
Telephone: (877) 369-6122

MH: CO-22-900305-LL



**OFFICE OF THE PUBLIC TRUSTEE**
PO Box 1229
Eagle, CO 81631
970-328-8870
FAX: 970-328-8879

TEAK SIMONTON
Eagle County Public Trustee

Email: publict@eaglecounty.us
Web: www.eaglecounty.us/trustee

**EAGLE COUNTY**

## CERTIFICATE OF SECOND MAILING

I HEREBY CERTIFY that I have this 3rd day of June 2022 mailed the following:

**COMBINED NOTICE in accordance with CRS §38-38-103(1)(b)**

Regarding Public Trustee Foreclosure Sale No. 22-003

Mark A. Schwartz and Wendy R. Schwartz

With postage prepaid thereon to the persons as set forth in the most recent amended mailing list or if there is no amended mailing list, to the persons as set forth in the mailing list.

Teak Simonton, Public Trustee of Eagle County

Attorney File Number CO-22-900305-LL

©Colorado Public Trustees' Association Revised 12/2009

**COMBINED NOTICE - MAILING**
**CRS §38-38-103 FORECLOSURE SALE NO. 22-003**

To Whom It May Concern: This Notice is given with regard to the following described Deed of Trust:

On March 17, 2022, the undersigned Public Trustee caused the Notice of Election and Demand relating to the Deed of Trust described below to be recorded in the County of Eagle records.

| | |
|---|---|
| Original Grantor(s) | Mark A. Schwartz and Wendy R. Schwartz |
| Original Beneficiary(ies) | Bank of America, N.A. |
| Current Holder of Evidence of Debt | Bank of America, N.A. |
| Date of Deed of Trust | June 06, 2003 |
| County of Recording | Eagle |
| Recording Date of Deed of Trust | June 11, 2003 |
| Recording Information (Reception and/or Book/Page No.) | 836327 |
| Original Principal Amount | $1,000,000.00 |
| Outstanding Principal Balance | $659,776.78 |

Pursuant to CRS §38-38-101(4)(i), you are hereby notified that the covenants of the deed of trust have been violated as follows: Failure to pay principal and interest when due together with all other payments provided for in the evidence of debt secured by the deed of trust and other violations thereof.

**THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.**

LOT 11, CORDILLERA SUBDIVISION FILING NO. 32, ACCORDING TO THE FINAL PLAT RECORDED AUGUST 10, 1998 AT RECEPTION NO. 665487, COUNTY OF EAGLE, STATE OF COLORADO.

Also known by street and number as: 460 EL MIRADOR, EDWARDS, CO 81632.

**THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST**

**NOTICE OF SALE**

The current holder of the Evidence of Debt secured by the Deed of Trust, described herein, has filed Notice of Election and Demand for sale as provided by law and in said Deed of Trust.

THEREFORE, Notice Is Hereby Given that I will at public auction, at 10:00 A.M. on Wednesday, 07/20/2022 via remote, web-based auction service, sell to the highest and best bidder for cash, the said real property and all interest of the said Grantor(s), Grantor(s)' heirs and assigns therein, for the purpose of paying the indebtedness provided in said Evidence of Debt secured by the Deed of Trust, plus attorneys' fees, the expenses of sale and other items allowed by law, and will issue to the purchaser a Certificate of Purchase, all as provided by law. https://eagle.realforeclose.com

| | |
|---|---|
| First Publication | 5/26/2022 |
| Last Publication | 6/23/2022 |
| Name of Publication | Eagle Valley Enterprise |

**NOTICE OF RIGHTS**

YOU MAY HAVE AN INTEREST IN THE REAL PROPERTY BEING FORECLOSED, OR HAVE CERTAIN RIGHTS OR SUFFER CERTAIN LIABILITIES PURSUANT TO COLORADO STATUTES AS A RESULT OF SAID FORECLOSURE. YOU MAY HAVE THE RIGHT TO REDEEM SAID REAL PROPERTY OR YOU MAY HAVE THE RIGHT TO CURE A DEFAULT UNDER THE DEED OF TRUST BEING FORECLOSED. A COPY OF SAID STATUTES, AS SUCH STATUTES ARE PRESENTLY CONSTITUTED, WHICH MAY AFFECT YOUR RIGHTS SHALL BE SENT WITH ALL MAILED COPIES OF THIS NOTICE. HOWEVER, YOUR RIGHTS MAY BE DETERMINED BY PREVIOUS STATUTES.

● **A NOTICE OF INTENT TO CURE FILED PURSUANT TO SECTION 38-38-104 SHALL BE FILED WITH THE PUBLIC TRUSTEE AT LEAST FIFTEEN (15) CALENDAR DAYS PRIOR TO THE FIRST SCHEDULED SALE DATE OR ANY DATE TO WHICH THE SALE IS CONTINUED**

● **A NOTICE OF INTENT TO REDEEM FILED PURSUANT TO SECTION 38-38-302 SHALL BE FILED WITH THE PUBLIC TRUSTEE NO LATER THAN EIGHT (8) BUSINESS DAYS AFTER THE SALE;**

● **IF THE SALE DATE IS CONTINUED TO A LATER DATE, THE DEADLINE TO FILE A NOTICE OF INTENT TO CURE BY THOSE PARTIES ENTITLED TO CURE MAY ALSO BE EXTENDED**

● **IF THE BORROWER BELIEVES THAT A LENDER OR SERVICER HAS VIOLATED THE REQUIREMENTS FOR A SINGLE POINT OF CONTACT IN SECTION 38-38-103.1 OR THE PROHIBITION ON DUAL TRACKING IN SECTION 38-38-103.2, THE BORROWER MAY FILE A COMPLAINT WITH THE COLORADO ATTORNEY GENERAL, THE FEDERAL CONSUMER FINANCIAL PROTECTION BUREAU (CFPB), OR BOTH. THE FILING OF A COMPLAINT WILL NOT STOP THE FORECLOSURE PROCESS**

| Colorado Attorney General | Federal Consumer Financial Protection Bureau |
|---|---|
| 1300 Broadway, 10th Floor | P.O. Box 4503 |
| Denver, Colorado 80203 | Iowa City, Iowa 52244 |
| (800) 222-4444 | (855) 411-2372 |
| www.coloradoattorneygeneral.gov | www.consumerfinance.gov |

DATE: 03/17/2022

Teak Simonton , Public Trustee in and for the County of Eagle , State of Colorado

By: Teak Simonton, Public Trustee

The name, address, business telephone number and bar registration number of the attorney(s) representing the legal holder of the indebtedness is:
Holly Shilliday #24423                Ilene Dell'Acqua #31755
McCarthy & Holthus, LLP 7700 E. Arapahoe Road, Suite 230, Centennial, CO 80112 (877) 369-6122x1903
Attorney File # CO-22-900305-LL
The Attorney above is acting as a debt collector and is attempting to collect a debt. Any information provided may be used for that purpose.

©Public Trustees' Association of Colorado Revised 1/2015

Amended Mailing List

Property Address:    460 El Mirador, Edwards, CO 81632
Grantor(s):          Mark A. Schwartz, Wendy R. Schwartz
Beneficiary:         Bank of America, N.A.

Mark A. Schwartz
460 El Mirador
Edwards, CO 81632

Mark A. Schwartz
27 N Wacker Dr
#503
Chicago, IL 60606-2814

Wendy R. Schwartz
460 El Mirador
Edwards, CO 81632

Wendy R. Schwartz
27 N Wacker Dr
#503
Chicago, IL 60606-2814

McCarthy & Holthus, LLP c/o Holly Shilliday
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

Occupants/Tenants/Lessees
460 El Mirador
Edwards, CO 81632

Yajia Hu Schwartz Revocable Trust Dated 12/1/2017
460 El Mirado
Edwards, CO 81632

Countrywide Home Loans Inc.
MS SV-79 Documents
PO Box 10423
Van Nuys, CA 91410-0423

Mortgage Electronic Registration Systems Inc.
PO Box 2026

MH CO-22-900305-LL

7700 E. Arapahoe Road, Suite 150
Centennial, Colorado 80112

Flint, MI 48501-2026

Cordillera Property Owners Association Inc
c/o Icenogle Seaver Pogue PC
4725 S Monaco St Ste 360
Denver, CO 80237

Mark A. Schwartz
c/o Law Office of Mark A. Schwartz
425 Carr 693, Suite 1-381
Dorado, PR 00646

Trevor G. Bartel, Esq.
Paige N. Johnson, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1601 19th Street, Suite 1000
Denver, CO 80202

James Adams
c/o Trevor G. Bartel, Esq., Paige N. Johnson, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1601 19th Street, Suite 1000
Denver, CO 80202

Christina Adams
c/o Trevor G. Bartel, Esq.
Paige N. Johnson, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1601 19th Street, Suite 1000
Denver, CO 80202

James and Christina Adams Family Trust
29938 Wilkes Rd
Valley Center, CA 92082-5637

James Adams
29938 Wilkes Rd
Valley Center, CA 92082-5637

Christina Adams
29938 Wilkes Rd
Valley Center, CA 92082-5637

MH CO-22-900305-LL

7700 E. Arapahoe Road, Suite 150
Centennial, Colorado 80112