| | |
|---|---|
| Bank Of America, N.A. | ) |
| *Applicant* | ) |
| v. | ) |
| Mark A. Schwartz | ) Case No. 22-1764 |
| Wendy R. Schwartz | ) |
| *Respondents* | ) |
| | ) |

# AMENDED VERIFIED NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO CASE NO. 22-1764

**TO THE HONORABLE COURT:**

COMES NOW Plaintiffs, Yajia Hu Schwartz, ("Yajia"), as Trustee of the Yajia Hu Schwartz Revocable Trust ("Yajia's Trust"), and Mark A. Schwartz, MD JD ("Mark"), Individually and as Trustee of the Axis Investments Holding Trust ("Mark's Trust"), and as counsel on their collective behalf, and pursuant to Order of Court dated September 9, 2019 (D.23) hereby provides this Amended Notice Of Removal of Civil Action No. 2022CV30120, to this United States District Court of Colorado ("Federal Court"), Case No. 22-1764 , pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for such Amended Notice of Removal, hereby affirm and verily state as follows:[1]

1.      Respondents hereby attach and incorporate their Verified Notice Of Removal Pursuant To 28 U.S.C. §§ 1332, 1441 and 1446 (Diversity) Notice (Docket #1) docketed on July 15, 2022, inclusive of exhibits, as and for this Amended Notice of Removal as **Exhibit 1**, herein.

---

[1] The undersigned apologizes in advance for the brevity and typos of this response. I am dictating this on Siri from my hospital bed, where I was readmitted on Thursday September 8, 2022, with <u>acute renal failure</u>  - a complication of the 24-7 IV heavy antibiotics I have been on since July for a <u>life threatening spine infection  (osteomyelitis, discitis, and abscess on my thoracic spine) since July</u>. As an officer of the Court, due to my present health status, which has not stabilized or resolved and remains highly precarious, I am not well enough to work and desperately need time off to deal with this life threatening health crisis until after January 31, 2023 – which I am seeking in all my active cases. Given the undersigned's ongoing illness and infirmity and mental incapacity due to narcotics for pain, respondents will move to continue the upcoming status and for an extension of time to file response(s) to motions.  That motion will follow shortly.

1

2.    Pursuant to Order of Court dated September 9, 2019 (Docket # 23) Respondents hereby amend and modify Paragraph No. 11 of their Verified Notice Of Removal Pursuant To 28 U.S.C. §§ 1332, 1441 and 1446 (Diversity) Notice (Docket #1) to plead both Bank Of America, N.A's principal place of business <u>and its place of incorporation</u> for purposes of diversity jurisdiction under 28 USC 1332(c)(1), as follows:

> "11. Bank of America, N.A is an American multinational investment bank and financial services holding company headquartered in North Carolina with its principal place of business in North Carolina <u>and its place of incorporation in Delaware (Exhibit 2)</u> and is thus a citizen of <u>either</u> North Carolina <u>or Delaware for purposes of diversity jurisdiction under 28 USC 1332(c)(1)</u>."

3.    Bank of America, N.A did not challenge diversity of citizenship.

4.    By this Verified Amendment, Respondents have cured their prior incomplete allegation. See *Jenkins v. MTGLQ Investors*, 218 Fed.Appx. 719, 722-23 (10th Cir. 2007) (amending Notice of Removal to cure defective allegations of citizenship where opposing party did not challenge actual existence of diversity).

Dated: September 10, 2022

Respectfully submitted,

By: <u>/s/ Mark A. Schwartz, Esq</u>

Mark A. Schwartz, Esq.  (Co Bar No. 38364)
Law Office of Mark A. Schwartz
425 Carr 693, Suite 1-381
Dorado, Puerto Rico 00646
maschwartz@tllgrp.com
(312) 810-2220

**VERIFICATION BY CERTIFICATION**

Under penalties of perjury, and Fed. R. Civ. P. 11, the undersigned, certifies that the statements set forth in the foregoing Amended Notice Of Removal are true and correct, except as to matters therein stated to be on information and belief, and to such matters he certifies as aforesaid that he verily believes the same to be true.

## CERTIFICATE OF SERVICE

I hereby certify that I caused this pleading to be served electronically on this day of September 10, 2022.

/s/ Mark A. Schwartz, Esq